UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL No. 12-265 |
| | * | |
| v. | * | SECTION K |
| | * | |
| ROBERT KALUZA | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY
## CERTIFYING BUSINESS RECORDS

1. My name is Dianne Chmura. In 2010, I was a Drilling Technologist at BP in Houston, Texas.

2. I am personally familiar with the document attached hereto, specifically, DX 50.

3. DX 50 is the original or a duplicate of the original records held in the custody of BP.

4. DX 50 was created at or near the time of the act, transaction, policy, occurrence, or other event recorded therein, by personnel or staff of BP with knowledge of the facts therein, or from information transmitted by someone with such knowledge.

5. DX 50 was created by individuals performing or reporting on their official duties with BP and sent to others who had official duties within BP to review the business information contained therein.

6. DX 50 was kept in the ordinary course of BP's regularly-conducted business activity. It was the regular practice of BP to make and keep such records.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2016 in Houston, Texas.

*Dianne Chmura* (signature)
Dianne Chmura

546650.1

From: Chmura, Dianne O
Sent: Tue Apr 13 12:06:41 2010
To: Wilson, James N (ASCO); Holik, Cynthia M
Cc: Guide, John; Deepwater Horizon Performance Coordinator; Deepwater Horizon, Formen; Dendy, Ricky H (WOOD GROUP ENGINEERING)
Subject: RE: Access for Bob Kaluza
Importance: Normal

Hi Nick,

Since Bob Kaluza will only be on the rig for a few days, we won't be obtaining all the access rights for him. One of the reasons is due to IT taking several days to complete the tickets and he'll probably be off the rig before the rights are in affect.

Let me know if this presents any issues.

Regards,

Dianne
*Dianne Chmura*
Petro-Technologist, Exploration Drilling
GoMX - DWX & Deep Gas
M.C. 02137F - WL4
Office: 281.366.5640  Cell: 713.806.8338  Fax: 281.366.7973


From: Wilson, James N (ASCO)
Sent: Monday, April 12, 2010 7:49 PM
To: Holik, Cynthia M; Chmura, Dianne O
Cc: Guide, John; Deepwater Horizon Performance Coordinator; Deepwater Horizon, Formen
Subject: Access for Bob Kaluza
Importance: High

Cindy,
	Bob Kaluza will be coming out this Friday to relieve Ronnie for the rest of this hitch and possible some of the next. We need to make sure he has access to the following information before he arrives, the items are as follows:
Open Wells
Deepwater Horizon Shared WSL email account:  profile is deepwaf
Access to the :K drive on our server – to access the shared WSL folders.

Thanks,

**Nick Wilson**
Bp Performance / Logistics Coordinator
Deepwater Horizon

Defendant's Exhibit 50
Cr. No. 12-265K

3193
Exhibit No. _____
Worldwide Court Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL00002586

ofc: 281-366-7743
fax: 281-366-7745
email: james.wilson@bp.com

CONFIDENTIAL

BP-HZN-2179MDL00002587