UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-265 |
| ROBERT KALUZA | SECTION "K"(5) |

## AMENDED ORDER AND REASONS

Before the Court are Defendant's Objections to the Preliminary Exhibit list for the United States. (Doc. 377). Having reviewed the motion and the relevant documents, the Court rules as follows:

| GX No. | Description of Exhibit | Ruling |
|---|---|---|
| 01A | Halliburton Sperry Sun Data Summary Chart | The objection is **DEFERRED.** The parties have agreed that such summaries shall be provided to the opposition and the Court 48 hours prior to usage. This is unacceptable and unworkable. The summary exhibit must be provided to the parties and to the Court by **9:00 a.m. two full working days** prior to the day it is sought to be introduced. Any objection thereto must be file **by 9:00 a.m. one full working day** prior to the day it is sought to be introduced. The parties shall be informed of the Court's ruling on or before 9:00 a.m. of the day it is sought to be used. |
| 03 | Audio Recording | The objection is **MOOT** as Glynn Breaux will testify. |
| 03A | Transcript | The objection is **MOOT** as Glynn Breaux will testify. |
| 06 | Breaux's Notes | The objection is **MOOT** as Glynn Breaux will testify. |
| 11-17 | Bly materials | The objections are **SUSTAINED** in part and **OVERRULED** in part. These exhibits may be used to refresh recollection under Fed. R. Evid. 803(5) provided a proper foundation is laid. If the |

| GX No. | Description of Exhibit | Ruling |
|---|---|---|
|  |  | foundation is properly laid, portions of the respective notes may be read, but these exhibits shall not be admitted as evidence. The Government is cautioned to avoid cumulative and repetitive testimony and statements which may contain double hearsay. |
| 46 | Wellsite Leader Meeting | The objection is **OVERRULED**. Most items appear not to be related to well control. The Government is admonished to focus on items pertinent to its case in chief. |
| 57 | Photos of Deepwater post 4/20/10 | The objection is **SUSTAINED** in part and **OVERRULED** in part. The Government shall be allowed to introduce two of the proffered pictures. |
| 58 | Photos of Oil along the Coast | The objection is **MOOT**. |
| 66 | Tar Balls | The objection is **MOOT** as this exhibit has been withdrawn. |
| 70 | Remotely Operated Vehicle Footage | The objection is **OVERRULED** as the Government has agreed to limit the footage to three minutes which the Court finds reasonable. |
| 71-72 | Map/Photo | The objection is **MOOT** as there will be no additional exhibits. |
| 73 | Map of Oil Locations | The objection is **DEFERRED.** |

| GX No. | Description of Exhibit | Ruling |
|---|---|---|
| 81-90 | Summary Exhibits | The objection is **DEFERRED.** The summary exhibit must be provided to the parties and to the Court by **9:00 a.m. two full working days** prior to the day it is sought to be introduced. Any objection thereto must be file by **9:00 a.m. one full working day** prior to the day it is sought to be introduced. The parties shall be informed of the Court's ruling on or before **9:00 a.m. of the day it is sought to be used**. |

New Orleans, Louisiana, this 14th day of February of 2016.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**